# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 14-40957
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
June 3, 2015

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

CARLOS GIL-PEREZ,

Defendant-Appellant

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:12-CR-1471-1

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

Defendant-Appellant Carlos Gil-Perez appeals the sentence imposed following the revocation of his supervised release. Specifically, he challenges the reimposition of a $100 special assessment in the district court's written judgment.

We generally review revocation sentences under the "plainly unreasonable" standard of 18 U.S.C. § 3472. *United States v. Miller*, 634 F.3d

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 14-40957

841, 843 (5th Cir. 2011). A review of the transcript of the instant revocation hearing reflects that the district court's reimposition of the special assessment in the written judgment is contrary to its oral pronouncement and to evidence presented at the hearing. Therefore, as the government concedes, a conflict exists between the oral and written judgments. In such a situation, the oral pronouncement controls. *See United States v. Martinez*, 250 F.3d 941, 942 (5th Cir. 2001). We therefore modify the district court's judgment, striking the reimposed $100 special assessment so that the written judgment conforms with the oral pronouncement, and we affirm the judgment as modified. *See* 28 U.S.C. § 2106; *United States v. Orduna-Perales*, 530 F. App'x 355, 356 (5th Cir. 2013).

AFFIRMED AS MODIFIED.